IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TIFFANY BROWN,**

    **Plaintiff,**

v.                                                                    Case No. 5:25-cv-356-AW-MJF

**WARDEN GABBY, et al.,**

    **Defendants.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Tiffany Brown is a federal inmate. She has sued the warden of her facility and others, alleging unsafe conditions. Pending now is the magistrate judge's report and recommendation, which concludes the court should deny Brown's several pending motions for preliminary injunctive relief. ECF No. 23. Brown has filed objections (ECF No. 25), and I have considered the matter de novo.

I now adopt the report and recommendation and incorporate it into this order. As the magistrate judge explains, Brown has not shown a substantial likelihood of success on the merits, so she has not shown entitlement to preliminary injunctive relief.

Brown's motions (ECF Nos. 3, 9, 15, and 18) are DENIED. The clerk will terminate those motions as well as ECF No. 25. The magistrate judge will conduct further appropriate proceedings.

1

SO ORDERED on February 17, 2026.

                                         s/ *Allen Winsor*
                                         Chief United States District Judge