**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**TIFFANY BROWN,**

**Plaintiff,**

**v. Case No. 5:25-cv-356-AW-MJF**

**WARDEN GABBY, et al.,**

**Defendants.**

_______________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation, which concludes the court should dismiss Plaintiff's claims for failure to state a claim. ECF No. 59. Plaintiff has filed objections, ECF No. 62, and I have considered de novo the issues she raised. I agree with the magistrate judge that dismissal is appropriate, and I now adopt the report and recommendation and incorporate it into this order.

In her objections, Plaintiff argues the court should grant leave to amend further. But Plaintiff has already had opportunities to amend, and I have determined no further amendment should be allowed. Moreover, Plaintiff has not shown that any further amendment would be fruitful.

The clerk will enter a judgment that says, "Plaintiff's claims are dismissed pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B)(ii) for failure to state a claim." All pending motions are denied as moot.[1] The clerk will close the file.

SO ORDERED on October 26, 2026.

s/ *Allen Winsor*
Chief United States District Judge

[1] Among the pending motions is Plaintiff's "motion for disqualification/recusal of Magistrate Judge Michael J. Frank." ECF No. 63. It is unclear whether Plaintiff asks Judge Frank to recuse himself or asks this court to reassign the case to another magistrate judge. To the extent Plaintiff seeks the latter, the request is denied. It is a moot point now, but I also note Plaintiff has not shown good cause for any reassignment. She has shown only disagreement with the magistrate judge's rulings.